AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BENJAMIN BRYAN BROCKIE,

|  |  |
|---|---|
| _____ *Petitioner* | ) ) ) ) ) |
| v. JAMES KEY, | Civil Action No.  2:16-CV-100-RMP |
| _____ *Respondent* |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.  Judgment is entered in favor of
Respondent.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge      Rosanna Malouf Peterson _____

Date:  July 20, 2017 _____          *CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb